UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>CROWD MACHINE, INC.,<br><br>        Defendant. | Case No. 19-cv-06012-VC<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 21 |

Because the plaintiff has filed an amended complaint, and the defendant has filed a renewed motion to dismiss, the motion to dismiss the original complaint is denied without prejudice as moot. The hearing set for April 23, 2020 is vacated.

**IT IS SO ORDERED.**

Dated: February 20, 2020

VINCE CHHABRIA
United States District Judge