| | |
|---|---|
| Todd C. Atkins (SBN 208879)<br>ATKINS & DAVIDSON, APC<br>tatkins@atkinsdavidson.com<br>2261 Rutherford Road<br>Carlsbad, CA 92008<br>Tel: 619.665.3476<br><br>Matthew M. Wawrzyn<br>(pro hac vice pending)<br>WAWRZYN LLC<br>matt@wawrzynlaw.com<br>2700 Patriot Blvd, Suite 250<br>Glenview, IL 60026<br>Telephone: 847.656.5864<br><br>*Attorneys for Cooperative Entertainment, Inc.* | JOHN M. NEUKOM (SBN 275887)<br>JAMES Y. PAK (SBN 304563)<br>SKADDEN, ARPS,<br>  SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, California  94301-1908<br>Telephone:    (650) 470-4500<br>Facsimile:     (650) 470-4570<br>john.neukom@skadden.com<br>james.pak@skadden.com<br><br>*Attorneys for Crowd Machine, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC.<br><br>              Plaintiff,<br><br>       v.<br><br>CROWD MACHINE, INC.<br><br>              Defendant. | CASE NO.:  3:19-cv-06012-VC<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

---

**JOINT STIPULATION AND [PROPOSED ORDER]**                                                                               **Case No. 3:19-cv-06012-VC**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), it is stipulated and agreed that the above-captioned action is hereby dismissed with prejudice.  It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

DATED:  May 13, 2020  Respectfully submitted,

ATKINS & DAVIDSON, APC

By:   /s/ Todd C. Atkins
           Todd C. Atkins

Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn
(pro hac vice pending)
WAWRZYN LLC
matt@wawrzynlaw.com
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5864

*Attorneys for Cooperative Entertainment, Inc.*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:   /s/ John M. Neukom
           John M. Neukom

JOHN M. NEUKOM (SBN 275887)
JAMES Y. PAK (SBN 304563)
525 University Avenue
Palo Alto, California  94301-1908
Telephone:      (650) 470-4500
Facsimile:       (650) 470-4570
john.neukom@skadden.com
james.pak@skadden.com

*Attorneys for Crowd Machine, Inc.*

-1-

**JOINT STIPULATION AND [PROPOSED ORDER]**  **Case No. 3:19-cv-06012-VC**

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii).

IT IS SO ORDERED.

DATED: May 18, 2020

_____
Hon. Vince Chhabria
United States District Judge